UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO. 09-29019-BKC-
FIDEL A LOPEZ
ANAMARIA DEL CARMEN LOPEZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 461.70 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 2-8-16

NANCY K NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

FIDEL A LOPEZ
ANAMARIA DEL CARMEN LOPEZ
1570 W 57 TERR
HIALEAH, FL 33012

EDWARD FREIRE, ESQ.
10647 N KENDALL DRIVE
MIAMI, FL 33176

CENTRAL FINANCIAL CONTROL
POB 66040
ANAHEIM, CA 92816-6040

CENTRAL FINANCIAL CONTROL
POB 66040
ANAHEIM, CA 92816-6040

VANTIUM CAPITAL, INC
7880 BENT BRANCH DR
SUITE 150
IRVING, TX 75063

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   09-29019-BKC-
FIDEL A LOPEZ
ANAMARIA DEL CARMEN LOPEZ

                                    CHAPTER 13


FIDEL A LOPEZ
ANAMARIA DEL CARMEN LOPEZ
1570 W 57 TERR
HIALEAH, FL 33012


EDWARD FREIRE, ESQ.
10647 N KENDALL DRIVE
MIAMI, FL 33176


CENTRAL FINANCIAL CONTROL          ---------$        79.52
POB 66040
ANAHEIM, CA 92816-6040                               UNDELIVERABLE/STALE
                                                     CLAIM REGISTER# 3

CENTRAL FINANCIAL CONTROL          ---------$         7.04
POB 66040
ANAHEIM, CA 92816-6040                               UNDELIVERABLE/STALE
                                                     CLAIM REGISTER# 2

VANTIUM CAPITAL, INC               ---------$       375.14
7880 BENT BRANCH DR
SUITE 150
IRVING, TX 75063                                     UNDELIVERABLE/STALE
                                                     CLAIM REGISTER# 5

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130